# Courtroom Minute Entry

**Room:** Charleston 5400         **Case No.:** 2:18-cr-00151         **Type:** Initial Appearance on Indictment
**Caption:** USA v. Muhammed Samer Nasher-Alneam         **Judge:** Dwane L. Tinsley

**Started:** 7/27/2018 2:29:36 PM
**Ends:**    7/27/2018 2:35:31 PM         **Length:** 00:05:56

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: Muhammed Samer Nasher-Alneam
    Assistant U.S. Attorney: Meredith Thomas
    Probation Officer: Erin Stone
    Retained Defense Attorney: Michael Hissam

| Time | Event |
|---|---|
| 2:29:43 PM | INITIAL APPEARANCE |
| 2:31:08 PM | Judge Dwane L. Tinsley case called, noted appearances of counsel, and defendant present in courtroom |
| 2:31:38 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:32:18 PM | Stated personal information |
| 2:32:30 PM | Retained Bailey and Glasser, Michael Hissam and Isaac Forman |
| 2:32:56 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:33:15 PM | Stated violation(s) in charging document and possible penalties |
| 2:34:13 PM | Defendant shall next appear for an arraignment on Wednesday, August 1, 2018 at 3:00 p.m. |
| 2:34:23 PM | Motion for Detention has been filed by the AUSA and we will have a hearing on that as well on on Wednesday, August 1, 2018 at 3:00 p.m. |
| 2:35:01 PM | Judge Dwane L. Tinsley Ordered defendant detained and remanded to USMS custody pending the next hearing |
| 2:35:14 PM | Anything else counsel wishes to address? |
| 2:35:18 PM | Hearing Adjourned |