```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:18-00151

MUHAMMED SAMER NASHER-
ALNEAM, M.D.

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue the deadline for the filing of pretrial motions, the pretrial motions hearing, and the trial of this matter. (ECF No. 26). The United States does not object to the requested continuance.

In his memorandum, counsel for defendant contends that he needs additional time to investigate and prepare for trial based upon the volume of, as well as the nature of, the discovery produced or to be produced in this case. Counsel for defendant further contends that he needs more time to go over the discovery materials with his client, as well as to consult with and obtain expert witnesses on defendant's behalf.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and found that the nature of the prosecution, makes it unreasonable to expect adequate

preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. The court further finds that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until November 7, 2018, at 9:30 a.m., in Charleston;

2. Jury instructions and proposed voir dire are to be filed by October 30, 2018;

3. All pretrial motions are to be filed by October 2, 2018;

4. A pretrial motions hearing is scheduled for October 9, 2018, at 11:00 a.m., in Charleston;

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of defendant's motion until the trial is excluded for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 20th day of August, 2018.

ENTER:

David A. Faber
Senior United States District Judge