```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-00151

MUHAMMED SAMER NASHER-ALNEAM, M.D.

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant Muhammed Samer Nasher-Alneam's Motion to Continue Pretrial Deadlines and Trial, in order for trial to commence no earlier than March 1, 2019. (ECF No. 76). In support of his motion and the need for a continuance, counsel for defendant states that additional time is necessary for defense counsel and experts to prepare adequately and provide an effective defense at trial in light of the recent disclosures. (Id. at p.1). The government filed a response in opposition to defendant's motion. (ECF No. 77). On December 18, 2018, the court held a hearing on the matter and allowed both parties the opportunity to speak.

For the reasons placed upon the record at the hearing, and because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant

the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that the nature of the prosecution makes it unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  The court further finds that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

I.      Trial of this action is continued until 9:30 a.m. on April 15, 2019, in Charleston.  Jury instructions and proposed voir dire are to be filed by April 8, 2019;

II.     All pretrial motions are to be filed by January 23, 2019;

III.    A pretrial motions hearing before the undersigned is scheduled for 10:30 a.m. on January 30, 2019, in Charleston;

IV.     Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 20th day of December, 2018.

                **ENTER:**

                */s/ David A. Faber*
                David A. Faber
                Senior United States District Judge