IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:18-cr-00151

MUHAMMED SAMER NASHER-
ALNEAM, M.D.

## MEMORANDUM OPINION AND ORDER

On January 30, 2019, the defendant, Muhammed Samer Nasher-Alneam, M.D., appeared in person and by counsel, Michael Hissam and Isaac Forman and the United States appeared by C. Haley Bunn and Jennifer Rada Herrald, Assistant United States Attorneys, for a pre-trial motions hearing in the above criminal matter.

Pending before the court is the United States' Motion for Daubert Hearing as to Defendant's Proffered Experts. ECF no. 86. Specifically, the government seeks to have Daubert hearings for James Murphy, M.D.[1] and Richard Stripp, Ph.D. For the reasons placed on the record at the hearing, the government's motion is **GRANTED**.

The defendant has two pending motions that relate to the exclusion of the government's proffered witnesses—a Motion to Exclude the Testimony of Dr. Gene Kennedy (ECF No. 66), and a

---

[1] If the government finds that after reviewing the additional disclosures made by the defendant regarding their proffered witnesses, a Daubert hearing for the defendant's proffered witnesses is unnecessary, the government is to promptly notify the court.

Motion to Exclude the Testimony of Dr. Robert Kaniecki (ECF No. 72). During the hearing, the court found that Daubert hearings for the government's offered witnesses, Dr. Gene Kennedy and Dr. Robert Kaniecki, were necessary.

The court schedules Daubert hearings for James Murphy, M.D., Richard Stripp, Ph.D, Dr. Gene Kennedy, and Dr. Robert Kaniecki for Tuesday, March 5, 2019 at 10:00 a.m. in Charleston.[2]

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 5th day of February, 2019.

**ENTER:**

David A. Faber
Senior United States District Judge

---

[2] Because an unrelated criminal jury trial is scheduled to begin March 4, 2019, the Daubert hearings might not begin until March 6, 2019. However, the parties should be prepared to begin on March 5, 2019.