IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-00151

MUHAMMED SAMER NASHER-
ALNEAM, M.D.

**MEMORANDUM OPINION AND ORDER**

On January 30, 2019, the defendant, Muhammed Samer Nasher-Alneam, M.D., appeared in person and by counsel, Michael Hissam and Isaac Forman and the United States appeared by C. Haley Bunn and Jennifer Rada Herrald, Assistant United States Attorneys, for a pre-trial motions hearing in the above criminal matter.

Pending before the court is defendant's Motion for Bill of Particulars (ECF No. 70) and Motion for Bill of Particulars (ECF No. 71). In the defendant's first motion for a bill of particulars, the defendant requests the entry of an Order directing the government to specify whether the premises counts are based solely on the distributions charged in Counts One through Sixteen, or whether the premises counts are based on other, uncharged conduct. See ECF No. 70. In the defendant's second motion, the defendant argues that there are money laundering counts and premises counts that do not total the amount stated, $289,000. See ECF No. 71. The defendant seeks

the court to Order the government to inform the defendant what specific conduct goes to the premises counts.  Id.

At the hearing, both parties had an opportunity to argue on the motion and to be heard by the court.  For the reasons placed on the record at the hearing, the defendant's motions are **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 4th day of March, 2019.

        **ENTER:**

        *David A. Faber*
        David A. Faber
        Senior United States District Judge