IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-00151

MUHAMMED SAMER NASHER-ALNEAM, M.D.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's Motion for Jury Questionnaires (ECF No. 102). The court hereby **DENIES** the defendant's motion. Issues raised by the defendant in his motion can, in the court's opinion, be covered sufficiently in the court's voir dire of the jury panel and in follow-up questions addressed to individual potential jurors at the side bar.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 9th day of April, 2019.

**ENTER:**

David A. Faber
Senior United States District Judge