IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:18-cr-00151

MUHAMMED SAMER NASHER-ALNEAM, M.D.

## **MEMORANDUM OPINION AND ORDER**

Pending before the court is the defendant's Motion for Clarification or Reconsideration. (ECF NO. 97). The defendant's motion is in response to the court's Order (ECF No. 93) on March 6, 2019. In the defendant's motion, he states:

> this [c]ourt entered an order concerning Dr. Nasher's presentation of evidence of his lawful medical practice beyond his interactions with patients specifically referenced in the Second Superseding Indictment. ECF No. 93. Because the [c]ourt's Order does not clarify its application to the drug involved premises or money laundering counts (Counts Seventeen through Twenty-Two), Dr. Nasher seeks clarification or reconsideration of the [c]ourt's ruling with respect to these counts.

(ECF No. 97).

Upon reviewed of both parties' memoranda, the court hereby affirms its prior Order (ECF No. 93) and **DENIES** the defendant's Motion for Clarification or Reconsideration (ECF NO. 97). The court reserves its ruling on evidentiary questions related to the defendant's instant motion as the issues arise at trial.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States

Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 9th day of April, 2019.

**ENTER:**

David A. Faber
Senior United States District Judge