# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/1/2019                                              Case Number 2:18-cr-00151
Case Style: USA vs. Muhammed Samer Nasher-Alneam
Type of hearing Criminal Jury Trial
Before the honorable: 2512-Faber
Court Reporter Ayme Cochran                                 Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government C. Bunn,Jennifer Rada Herrald


Attorney(s) for the Defendant(s) Katherine Capito,Isaac Forman,Michael Hissam


Law Clerk Rachel Procaccini                                 Probation Officer

## Trial Time

Jury Trial. Day No. 11


## Non-Trial Time



## Court Time

8:30 am   to 10:33 am
10:57 am   to 12:31 pm
2:00 pm   to 2:11 pm
2:18 pm   to 4:15 pm
Total Court Time: 5 Hours 45 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start: 8:30 a.m.
Actual Start: 8:30 a.m.
Court in session for charge conference

9:19 a.m.
Jury in, examination of DR. MURPHY by Mr. Forman resumes
Cross by Ms. Bunn

10:33 a.m.
Jury out, recess

10:57 a.m.
Jury in, cross of DR. MURPHY by Ms. Bunn continues

12:31 p.m.
Jury out, recess

2:00 p.m.
In session, jury in Re-Direct of DR. MURPHY by Mr. Forman

2:11 p.m.
Defendant rests, Jury out, recess

2:18 p.m.
Jury in

## District Judge Daybook Entry

Closing by Ms. Herrald
Closing by Mr. Hissam
Closing by Ms. Bunn

4:15 p.m.
Jury out, recess