# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/2/2019                                                                                   Case Number 2:18-cr-00151
Case Style: USA vs. Muhammed Samer Nasher-Alneam
Type of hearing Criminal Jury Trial
Before the honorable: 2512-Faber
Court Reporter Lisa Cook                                                         Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government C. Bunn,Jennifer Rada Herrald


Attorney(s) for the Defendant(s) Katherine Capito,Isaac Forman,Michael Hissam


Law Clerk Rachel Procaccini                                                      Probation Officer

## Trial Time

Jury Trial. Day No. 12


## Non-Trial Time


## Court Time

9:00 am   to 9:56 am
11:42 am   to 11:51 am
3:26 pm   to 3:30 pm
Total Court Time: 1 Hours 9 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start: 9:00 a.m.
Actual Start: 9:00 a.m.

Instructions by Judge Faber
Juror #8 Christinia White excused due to Illness.  She is replaced by Alternate Juror Jamara Truman.

9:56 a.m.
Jury out, recess


11:42 a.m.
Jury note
11:51 a.m.
Recess

3:26 p.m.
Jury note
3:30 p.m.
Recess

Jury excused until 9:00 a.m. Friday, May 2, 2019.