# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 5/3/2019

Case Number 2:18-cr-00151

Case Style: USA vs. Muhammed Samer Nasher-Alneam

Type of hearing Criminal Jury Trial

Before the honorable: 2512-Faber

Court Reporter Ayme Cochran

Courtroom Deputy Cindy Lilly

Attorney(s) for the Plaintiff or Government C. Bunn,Jennifer Rada Herrald

Attorney(s) for the Defendant(s) Katherine Capito,Isaac Forman,Michael Hissam

Law Clerk Rachel Procaccini

Probation Officer

## Trial Time

Jury Trial. Day No. 13

## Non-Trial Time

## Court Time

1:35 pm    to 1:40 pm
Total Court Time: 0 Hours 5 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Jurors reported at 9:00 a.m. to resume deliberations
1:35 p.m.
Jury Note
1:40 p.m.
Recess