# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 5/6/2019    Case Number 2:18-cr-00151

Case Style: USA vs. Muhammed Samer Nasher-Alneam

Type of hearing Criminal Jury Trial

Before the honorable: 2512-Faber

Court Reporter Lisa Cook    Courtroom Deputy Cindy Lilly

Attorney(s) for the Plaintiff or Government C. Bunn, Jennifer Rada Herrald

Attorney(s) for the Defendant(s) Katherine Capito, Isaac Forman, Michael Hissam

Law Clerk Rachel Procaccini    Probation Officer

## Trial Time

Jury Trial. Day No. 14

## Non-Trial Time

## Court Time

11:14 am   to 11:20 am
4:00 pm    to 4:05 pm
Total Court Time: 0 Hours 11 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

9:00 a.m.
Jury resumes deliberation
11:14 a.m.
Court in session, Jury Note
11:20 a.m.
Recess
4:00 p.m.
In session, Jury in, excused until 9 a.m.
4:05 p.m.
Recess