IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-00151

MUHAMMED SAMER NASHER-ALNEAM,
M.D.

O R D E R

At the trial in this matter certain exhibits were admitted.  Because those exhibits contain confidential information, they are to be filed under SEAL.  The court hereby DIRECTS the Clerk to file government exhibit numbers 4 through 22, 32, 35 through 43, 45 through 50, 59 through 71, 88, 89, 93, 94 and 99 under seal.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this Court.

IT IS SO ORDERED this 15th day of May, 2019.

ENTER:

David A. Faber
Senior United States District Judge