IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 2:18-cr-00151

MUHAMMED SAMER NASHER-
ALNEAM, M.D.

<u>**MEMORANDUM OPINION AND ORDER**</u>

On May 22, 2019, the court held a hearing on defendant's Renewed Motion for Pretrial Release.  (ECF No. 180).  After both parties had an opportunity to present their arguments, for the reasons placed upon the record, the court **DENIED** the defendant's motion.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 22nd day of May, 2019.

**ORDER:**

David A. Faber
Senior United States District Judge