```
            IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:18-cr-00151

MUHAMMED SAMER NASHER-
ALNEAM, M.D.

### ORDER

For reasons appearing to the court, a motions hearing is hereby **SCHEDULED** for Monday, July 22, 2019, at **8:30 a.m.**, in Charleston.  Jury selection will begin at **1:00 p.m.**, on July 22, 2019.

The Clerk is directed to send a copy of this Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 16th day of July, 2019

                  **ORDER:**

                  _David A. Faber_
                  David A. Faber
                  Senior United States District Judge