# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/22/2019                                                                 Case Number 2:18-cr-00151
Case Style: USA vs. Muhammed Samer Nasher-Alneam
Type of hearing Jury Selection
Before the honorable: 2512-Faber
Court Reporter Lisa Cook                                                        Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Alan McGonigal,Jennifer Rada Herrald


Attorney(s) for the Defendant(s) Katherine Capito,Isaac Forman,Michael Hissam


Law Clerk Allison Skinner                                                       Probation Officer

Trial Time

Jury Selection with trial to start on 7/23/19



Non-Trial Time



Court Time

1:16 pm    to 3:13 pm
3:30 pm    to 5:06 pm
5:16 pm    to 5:45 pm
Total Court Time: 4 Hours 2 Minutes Court actively conducting trial proceedings/Contested proceedings

12:40 pm   to 12:47 pm
Total Court Time: 0 Hours 7 Minutes Other proceedings during trial

Courtroom Notes

Scheduled Start: 1:00 p.m.
Actual Start: 12:40 p.m.
Matters prior to trial
12:47 p.m.
Recess
12:47 p.m.
1:16 p.m.
Voir Dire
3:13 p.m.
Jury out, recess
3:30 p.m.
Jury in, voir dire continues
5:06 p.m.
Recess
5:16 p.m.
Jury in, voir dire continues
5:45 p.m.
Jury out, recess