```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:18-00151

MUHAMMED SAMER NASHER-ALNEAM

<u>ORDER</u>

Before the court is the motion of the United States to schedule a plea hearing in this matter. That motion is GRANTED, and a plea hearing is hereby SCHEDULED for August 22, 2019, at 9:00 a.m., in Charleston.

The Clerk is directed to send a copy of this Order to counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 21st day of August, 2019.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge