IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:18-00151

MUHAMMED SAMER NASHER-ALNEAM, M.D.

In the presence of Michael Hissam, Esquire, and Isaac Forman, Esquire, my counsel, who have fully explained the charges contained in the third superseding indictment against me, and, having received a copy of the third superseding indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to Count Twenty-Five of the third superseding indictment.

DATE: 8-22-19                     _____
                                          (Defendant)

Witness:

_____
        (Counsel)

_____
        (Counsel)